

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KAVIN THADANI**
*Senior Counsel*
phone: (212) 356-2351
fax: (212) 356-3509
email: kthadani@law.nyc.gov

November 1, 2017

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:      Robert Freese v. P.O. Lenny Doe, et al.
                          17-CV-4390 (WFK) (LB)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter.[1] This office writes in response to the Court's Valentin Order, dated August 4, 2017, to provide the names, shield numbers, and service addresses of the three remaining "John Doe" officers plaintiff purports to name in the complaint. Pursuant to the Court's Order, upon information and belief, the remaining "John Doe" officers are hereby identified as:

       Sergeant John Mattina, Shield No. 3346
       120th Precinct
       78 Richmond Terrace
       Staten Island, New York 10301

       Police Officer Leonid Shatkin, Shield No. 18486
       One Police Plaza, Rm. 1200
       New York, New York 10038

---

[1] This case has been assigned to Assistant Corporation Counsel Miguel Contreras, who is presently awaiting admission to the bar and is handling this matter under my supervision. Mr. Contreras may be reached directly at (212) 356-2599.

Police Officer Vincent Setteducato, Shield No. 26690
One Police Plaza, Rm. 1200
New York, New York 10038

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Kavin Thadani
Senior Counsel

cc: Robert Freese, *Plaintiff Pro Se*
    17R1816
    Franklin Correctional Facility
    62 Bare Hill Road
    Malone, NY 12953