received 5/31/18 JT

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED CLERK
2018 MAY 30 PM 12:21
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Re: Freese v. Maffina et al.,
17-CV-4390 (WFK)(LB)

Your Honor:

I am the Plaintiff in the above-referenced matter who appears Pro se. I am writing to inform the Court that the Plaintiff has written three (3) law firms asking for a Pro bono attorney to help him with this litigation. One firm has written me back saying they cannot help me and the other two firms to this date didn't respond to my request.

Plaintiff feels, considering he is just a layperson, who doesn't know much about depositions or civil trials, Plaintiff does not want defense counsel to take advantage of him knowing he is not an attorney and doesn't know much about depositions or trials as the defense counsel does.

Plaintiff respectfully requests this Court to appoint Plaintiff with an Pro bono attorney to help him with the deposition if there is any, and for trial.

Thank you for your attention to this matter

Respectfully,
Rob Freese
Pro se Plaintiff

cc: Ms Samantha Miller
Assistant Corp Counsel
City of New York Law Dept.
100 Church St.
New York N.Y. 10007

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Robert Greene   DIN: 17R1816

neopost
05/24/2018
US POSTAGE $000.47⁰
ZIP 12953
041L11251101

FRANKLIN
CORRECTIONAL FACILITY

Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn N.Y. 11201

11201316 C030